Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Ishmeal W. Jemmott Jr., Jacksonville, FL, pro se.

### ORDER

Ishmeal W. Jemmott, Jr. submits an informal brief.

Jemmott's informal brief was submitted on the incorrect form. Jemmott may, if he wishes, file a replacement informal brief on the proper form. If he does not file a replacement brief, the appeal will proceed on the brief received by the court on March 24, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for review is reinstated.

(2) Jemmott may, if he wishes, file a replacement informal brief on the enclosed form within 21 days of the date of filing of this order.

(3) The Secretary of Veterans Affairs' brief is due 45 days of the date of filing of this order.

### Earl T. BARNETT, Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2009–3075.

United States Court of Appeals, Federal Circuit.

April 14, 2009.

Earl T. Barnett, Morgantown, WV, pro se.

### ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

### Keith Russell JUDD, Plaintiff–Appellant,

v.

### FEDERAL CORRECTIONAL INSTITUTE AT FORT DIX NEW JERSEY, Defendant–Appellee.

No. 2009–1294.

United States Court of Appeals, Federal Circuit.

April 14, 2009.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

Keith Russell Judd, Texarkana, TX, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Federal Bureau of Prisons, Federal Bureau of Investigation, U.S. Marshals Service, and U.S. Department of Justice, Defendants–Appellees.**

Nos. 2009–1295, 2009–1296.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, Defendant–Appellee.**

No. 2009–1297.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is